# Affidavit of Process Server

United States District Court for the Southern District of New Yo, State of NY
(NAME OF COURT)

| Venda | vs Alvenda | 10 CV 6240-LLS |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I, Richard Torpey, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service

Service: I served process — Alvenda, Inc., by serving National Registered Agents, Francis Burris - Person authorized to accept service of
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Order for Conference Pursuant to Rule 16(b), Notice of Motion for Preliminary Injunction, Memorandum of Law in Support of Motion, Declaration of Jeffrey Max, Declaration of Noah Shube, Proposed Order

by leaving with _____
NAME          RELATIONSHIP

☐ Residence _____
ADDRESS          CITY / STATE

☒ Business  160 Greentree Drive Suite 101 Dover, DE
ADDRESS          CITY / STATE

On  9/9/2010  AT  1:25 PM
DATE          TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____ DATE

from _____
CITY   STATE   ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of __18__ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served. Please see Service Attempts information below.

**Service Attempts:**

One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this _20_ day of _September_, 20_10_, by _Richard Torpey_
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of _Delaware_

KIMBERLY J. RYAN          OL# 1759741
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2012