ORIGINAL

## SATTERLEE STEPHENS BURKE & BURKE LLP
230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818 9200

33 WOOD AVENUE S.
ISELIN, NJ 08830-2735
(732) 603-4966
FAX (732) 603-4977

FAX (212) 818-9606/7
www.ssbb.com

E-Mail: rcarrillo@ssbb.com
Direct Dial: (212) 404-8753



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/10

CHAMBERS
OF LOUIS L. STANTON

SEP 28 2010

UNITED STATES DISTRICT JUDGE

September 27, 2010

VIA OVERNIGHT MAIL
Honorable Louis L. Stanton
Daniel Patrick Moynihan United States Courthouse (Courtroom 21C)
500 Pearl St.
New York, NY 10007-1312

Re: Venda Limited and Venda Inc. v. Alvenda, Inc.
     10-CV-6240 (LLS)

Dear Judge Stanton:

    Along with Gray Plant Mooty, we represent defendant Alvenda, Inc. in the above-captioned matter and write on behalf of defendant to request an extension of time to respond to the motion for a preliminary injunction filed by plaintiffs Venda Limited and Venda Inc. (collectively, "Plaintiffs").

    Based on the Affidavit of Service that Plaintiffs' counsel provided to defendant's counsel today, stating that the motion papers involved were served on defendant's registered agent (a copy was filed via ECF today), defendant's opposition to the pending preliminary injunction motion was due on September 23, 2010. As defendant's counsel was unaware of the service on the registered agent, defendant was under the impression that opposition papers were due on October 1, 2010. In addition, the parties have had preliminary discussions about a possible settlement, which they would like to explore further without the added expense of at the same time having to complete opposition papers. Therefore, defendant respectfully requests an extension of approximately two weeks to respond to the Motion for Preliminary Injunction, such that defendant's opposition papers will now be due on or before Friday, October 8, 2010.

So Ordered.
Louis L. Stanton
9/28/10

MEMORANDUM ENDORSED

815283_1

SATTERLEE STEPHENS BURKE & BURKE LLP

September 27, 2010
Page 2

   This is defendant's first request for an extension of time. Defendant conferred with Plaintiffs' counsel, and Plaintiffs do not oppose defendant's request. We thank the Court for its consideration of this matter.

              Sincerely,

              *[signature]*

              Robert Carrillo
              Satterlee, Stephens, Burke & Burke LLP
              230 Park Avenue, 11th Floor
              New York, NY 10169
              (212) 818-9200

              Gray, Plant, Mooty,
              Mooty & Bennett, P.A.
              Dean C. Eyler (MN#267491)
              500 IDS Center
              80 South Eighth Street
              Minneapolis, MN 55402

              Attorneys for Alvenda, Inc.

cc:
Irwin B. Schwartz
Noah Shube
Business | Litigation | Associates, P.C.
845 Third Avenue, 6th Floor
New York, NY 10022
(917) 512-2219

Attorneys for Venda Limited and Venda Inc.

815283_1