☐ ORIGINAL

MEMORANDUM ENDORSED

**SATTERLEE STEPHENS BURKE & BURKE LLP**
230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200

33 WOOD AVENUE S.
ISELIN, NJ 08830-2735
(732) 603-4966
FAX (732) 603-4977

FAX (212) 818-9606/7
www.ssbb.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-8-10

E-Mail: rcarrillo@ssbb.com
Direct Dial: (212) 404-8753

October 7, 2010

<u>VIA OVERNIGHT MAIL</u>
Honorable Judge Louis L. Stanton
Daniel Patrick Moynihan United States Courthouse (Courtroom 21C)
500 Pearl St.
New York, NY 10007-1312

    Re:  Venda Limited and Venda Inc. v. Alvenda, Inc.
           10-CV-6240 (LLS)

Dear Judge Stanton:

       Along with Gray Plant Mooty, we represent defendant Alvenda, Inc. ("Defendant") in the above-captioned matter. As Your Honor may recall, on September 27, 2010, Defendant requested an extension of time to respond to the motion for a preliminary injunction filed by plaintiffs Venda Limited and Venda Inc. (collectively, "Plaintiffs"). The request was made with Plaintiffs' consent, and the Court granted the extension, adjourning the response date from September 23, 2010 to October 8, 2010. Defendant's request for an extension cited the parties' settlement discussions as a basis for requesting the adjournment. There have been material advances in settlement discussions and negotiations are ongoing. Consequently, the parties would like to jointly request a further two-week extension of Defendant's time to respond to Plaintiffs' preliminary injunction motion, adjourning the date from October 8, 2010, to October 22, 2010.

       This is Defendant's second request for an extension of time. Defendant conferred with Plaintiffs' counsel, and Plaintiffs join in Defendant's request. We thank the Court for its consideration of this matter.

                                                    Sincerely,

                                                    Robert Carrillo

*[Handwritten endorsement: "So ordered. Louis L. Stanton 10/8/10"]*

815283_1

SATTERLEE STEPHENS BURKE & BURKE LLP

October 7, 2010
Page 2

                                                Satterlee, Stephens, Burke & Burke LLP
                                                230 Park Avenue, 11th Floor
                                                New York, NY 10169
                                                (212) 818-9200

                                                Gray, Plant, Mooty,
                                                Mooty & Bennett, P.A.
                                                Dean C. Eyler (MN#267491)
                                                500 IDS Center
                                                80 South Eighth Street
                                                Minneapolis, MN 55402

                                                Attorneys for Alvenda, Inc.

cc:
Irwin B. Schwartz
Noah Shube
Business | Litigation | Associates, P.C.
845 Third Avenue, 6th Floor
New York, NY 10022
(917) 512-2219

Attorneys for Venda Limited and Venda Inc.

815283_1