ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-28-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

VENDA LIMITED AND VENDA, INC.

                  Plaintiffs,           10 Civ. 6240 (LLS)

      - against -                     ORDER

ALVENDA, INC.,

                  Defendant.
- - - - - - - - - - - - - - - - - - -X

    The parties having informed the Court that they have reached a settlement which will require nine months to complete, it is ORDERED that

    This action is dismissed without costs and (a) with prejudice as of and after August 15, 2011, but (b) in the interim until August 15, 2011, without prejudice and with leave to any party to apply by letter for restoration of the action to the Court's calendar.

    So ordered.

Dated: New York, New York
       October 27, 2010

                                                 /s/ Louis L. Stanton
                                                 LOUIS L. STANTON
                                                    U.S.D.J.